IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JEROME EUGENE TODD,

     Plaintiff,

v.                                                        5:14cv56-WS

N.C. ENGLISH,

     Defendant.

_____

ORDER ADOPTING THE MAGISTRATE JUDGE'S
REPORT AND RECOMMENDATION

     Before the court is the magistrate judge's report and recommendation

docketed April 2, 2014.  See Doc. 7.  The magistrate judge recommends that this

case be dismissed as frivolous and for failure to state a claim.  The plaintiff has

filed objections (doc. 8) to the report and recommendation.

     Having considered the record in light of the plaintiff's objections, the court

finds that the magistrate judge's report and recommendation should be adopted.

     Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation (doc. 7) is hereby ADOPTED and incorporated by reference into this order.

    2.  The plaintiff's complaint and this action are DISMISSED for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2) and because the complaint is frivolous.

    3.  The clerk shall enter judgment stating: "All claims are DISMISSED as frivolous and for failure to state a claim."

    DONE AND ORDERED this ___22nd___ day of ____April___, 2014.


s/ William Stafford_____
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE